**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                              NO.   4:11CR00243-001

EDWARD EARL GRANT                                          DEFENDANT

<u>ORDER</u>

Pending before the Court is the defendant's motion for reconsideration of bond revocation and imposition of additional conditions of release [doc #42].  The government has filed a response objecting to the release of defendant but would not object to defendant participating in inpatient drug treatment.

The Court finds that defendant's motion should be denied without prejudice at this time.  The Court has been advised that the defendant has been hospitalized and that his medical needs are currently being met. Counsel may renew his motion when the defendant has been released from the hospital, provided the U. S. Probation Office is able to find placement for defendant in an inpatient drug treatment facility that can address his medical needs.

IT IS THEREFORE ORDERED that the defendant's motion for reconsideration of bond revocation and imposition of additional conditions of release [doc #42] be, and it is hereby, ***denied without prejudice***, and defendant will remain in the custody of the United States Marshal.

IT IS SO ORDERED this 15th day of November 2012.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE