# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:11CR000243-1 SWW

EDWARD EARL GRANT

## FURLOUGH ORDER

Pursuant to the Court's February 26, 2013 Order Setting Conditions of Release, Defendant shall be released from the custody of the United States Marshal and the Pulaski County Regional Detention Facility ("PCRDF") subject to the following special conditions.

On Wednesday, February 27, 2013 at 8:00 a.m., the U.S. Marshal and PCRDF shall release Defendant to the third-party custody of Ms. Aslean Royal, Defendant's fiancée. Ms. Royal shall immediately transport Defendant to the VA Forts Roots facility in North Little Rock, where he is scheduled to undergo a physical assessment to determine whether he qualifies for inpatient drug treatment. Following completion of the assessment, Ms. Royal shall immediately return

Defendant to the PCRDF, where he will remain in custody pending the VA's determination regarding inpatient drug treatment.[1]

If the VA determines that Defendant qualifies for inpatient drug treatment, he shall be released to the third-party custody of Ms. Royal or defense counsel for immediate transportation to the VA's designated inpatient drug facility. Midway through the duration of Defendant's inpatient drug treatment, defense counsel shall file a motion that proposes a plan for Defendant's custody between drug treatment and trial.

In the event that Defendant does not qualify for inpatient drug treatment, he shall remain in the custody of the U.S. Marshal at the PCRDF.

IT IS SO ORDERED this 26th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In the event that the VA determines that Defendant may begin inpatient drug treatment on February 27, 2013, Ms. Royal shall immediately notify Defendant's Pretrial Services Officer. The Court will then enter an Order directing that Defendant is not to return to the custody of the PCRDF, and Ms. Royal shall transport Defendant to the inpatient treatment facility.