IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS. 4:11CR000243-1 SWW

EDWARD EARL GRANT

**ORDER**

Defendant's Pretrial Services Officer has advised the Court that Defendant has qualified for VA inpatient drug treatment and he is being admitted to a treatment facility today.

Pursuant to the February 26, 2013 Order Setting Conditions of Release (docket entry #60), Defendant is released from the custody of the United States Marshal and the Pulaski County Regional Detention Facility and he shall immediately report for admission to the VA treatment facility.

IT IS SO ORDERED this 27th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE