IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                    NO.  4:11CR00243-001  SWW

EDWARD EARL GRANT                                                                           DEFENDANT

## ORDER

Pending before the Court is defendant's motion to transfer prisoner to the Veterans Administration Hospital.  Defendant is in the custody of the U. S. Marshal Service and is requesting to be moved from the Pulaski County Detention Facility where he is currently being held pending the placement in a medical facility by the Bureau of Prisons.  The Court does not have the authority to intervene in custody matters, but has alerted the U. S. Marshal Service of the concerns of defense counsel.

IT IS THEREFORE ORDERED that defendant's motion to transfer prisoner to the Veterans Administration Hospital [doc #94] is denied as moot.

DATED this 7th day of May 2014.

/s/Susan Webber Wright
United States District Judge