**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                           **NO. 4:11CR00243-01-SWW**

**EDWARD EARL GRANT**

### ORDER

Defendant's Motion for Two Point Reduction (Doc. No. 99) based on Amendment 782 is DENIED.

Guideline § 1.10(e)(1) reads: "The court shall not order a reduced term of imprisonment based on Amendment 782 unless the effective date of the court's order is November 1, 2015, or later." BOP records indicate that Defendant is scheduled for release from custody on or around October 4, 2015, which is before the effective date of Amendment 782.

However, if something changes and Defendant's release date falls after November 1, 2015, he may refile his motion at that time.

IT IS SO ORDERED this 22nd day of December, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE